# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DANIEL T. HALVERSON  
1802 CHANNEL BEACH AVENUE   SSN-xxx-xx-9560  
JOHNSBURG, IL  60050

Case Number: 07-70742

Case filed on: 3/29/2007  
Plan Confirmed on: 10/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $15,427.86          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CERTIFIED SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NATIONWIDE CREDIT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JACQUELINE A. DAUGHTRY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DANIEL T. HALVERSON | 362.10 | 362.10 | 362.10 | 0.00 |
|  | Total Debtor Refund | 362.10 | 362.10 | 362.10 | 0.00 |
| 002 | AMERICA'S SERVICING COMPANY | 28,548.81 | 28,548.81 | 11,472.99 | 0.00 |
|  | Total Secured | 28,548.81 | 28,548.81 | 11,472.99 | 0.00 |
| 001 | AMC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CRYSTAL LAKE ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 4,006.65 | 4,006.65 | 1,735.73 | 0.00 |
| 007 | JACK FARCHA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | KARL BRINKMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MHFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MHFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO MEDCLR | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | OSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | OSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | OSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | OSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | OSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | LVNV FUNDING LLC | 419.69 | 419.69 | 181.81 | 0.00 |
| 022 | GE CONSUMER FINANCE | 1,186.22 | 1,186.22 | 513.89 | 0.00 |
|  | Total Unsecured | 5,612.56 | 5,612.56 | 2,431.43 | 0.00 |
|  | Grand Total: | 34,523.47 | 34,523.47 | 14,266.52 | 0.00 |

Total Paid Claimant:    $14,266.52  
Trustee Allowance:      $1,161.34          Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:     43.32          discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer   
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008          By   /s/Heather M. Fagan